**ORIGINAL**

FILED

10/06/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0221

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0221

_____

PETER GRIGG

      Plaintiff and Appellant,

v.

ALISON PAUL, Executive Director, and MONTANA
LEGAL SERVICES ASSOCIATION,

      Defendant and Appellee,

_____

FILED

OCT 0 6 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. This Court issued an Order on September 12, 2022 requiring three changes to be made to Appellant's opening brief. After reviewing the Appellant's opening brief filed on October 5, 2022, this Court has determined that the Appellant failed to incorporate two of the ordered changes, therefore the brief does not comply with the below-referenced Rule and must be resubmitted.

M. R. App. P. 10(5) requires that seven (7) copies of each brief shall be filed with the Clerk of the Supreme Court. Appellant filed only two (2) copies of Appellant's opening brief.

M. R. App. P. 11(6)(a) requires that the cover of the opening brief of the Appellant shall be blue. For recycling purposes, pastel colors shall be used for brief covers. The cover of the appendix, if separately printed, shall be white. Appellant did not include a blue cover sheet on the copies of the opening brief. Therefore,

IT IS ORDERED that the two copies of the referenced brief be returned for revisions necessary to comply with the specified Rules;

IT IS FURTHER ORDERED that seven copies of the revised brief ordered herein be filed within twenty (20) days of the date of this Order with the Clerk of this Court and that one copy of the revised brief be served on each counsel of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed;

IT IS FURTHER ORDERED that the postage costs for returning the referenced copies of Appellant's brief will be billed to Appellant by the Clerk of this Court and shall be due and payable upon receipt; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk of this Court is directed to mail a true copy of this Order to Appellant and to mail a true copy of this Order to all counsel upon whom the brief was served.

DATED this 6th day of October, 2022.

For the Court,

By _____

Justice